IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDRA GENE BREWER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:23-cv-01225 ) ) JUDGE RICHARDSON |
| BEDFORD COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) ) ) ) |
| Defendants. | ) |

### ORDER

Sandra Gene Brewer, a resident of Gulf Breeze, Florida, filed this pro se action under 42 U.S.C. § 1983 against the Bedford County Sheriff's Department, Rutherford County Sheriff's Department, and David Brown/Brody's Body Shop. (Doc. No. 1). This case stems from an incident involving the police during which Plaintiff's adult son died.

This case cannot proceed, however, without further action by the Plaintiff. To file a civil lawsuit, a plaintiff must submit either $402[1] or an Application for Leave to Proceed In Forma Pauperis. Plaintiff has not done so.

The Clerk is **DIRECTED** to mail Plaintiff AO Form 239, a long-form Application for Leave to Proceed In Forma Pauperis, for Plaintiff's convenience. If Plaintiff wishes to proceed as a pauper, she must return the completed application no later than 30 days after the date this Order is entered. If Plaintiff does not wish to proceed as a pauper, she must submit the full civil filing fee by the same deadline.

---

[1] A $402 fee ($350 filing fee plus a $52 administrative fee) is required when filing a civil complaint in federal court. The entire $402 is due at the time the complaint is filed.

Plaintiff is warned that failure to comply with this Order may result in the dismissal of her case. Plaintiff may request an extension of time to comply with this Order if she files a motion for an extension of time within 30 days of the date of entry of this Order.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE